| | |
|---|---|
| 1 | LAW OFFICES OF ELLYN MOSCOWITZ |
| 2 | ELLYN MOSCOWITZ, (SBN 129287)<br>SHARON SEIDENSTEIN, (SBN 215588) |
| 3 | 8400 Enterprise Way, Suite 201<br>Oakland, CA 94621 |
| 4 | Telephone: (510) 567-8400 |
| 5 | Facsimile: (510) 567-8444 |
| 6 | JIVAKA CANDAPPA, (SBN 225919) |
| 7 | 46 Shattuck Square, Suite 15<br>Berkeley, CA 94704 |
| 8 | Telephone: (510) 981-1808<br>Facsimile: (510) 981-1817 |
| 9 | |
| 10 | Attorneys for Plaintiffs, UNITED UNION OF ROOFERS, WATERPROOFERS, |
| 11 | AND ALLIED WORKERS - LOCAL 81 AFL-CIO,<br>LEROY CISNEROS, and FRANCISCO GARCIA |
| 12 | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED UNION OF ROOFERS, WATERPROOFERS, AND ALLIED WORKERS - LOCAL 81 AFL-CIO, LEROY CISNEROS, AND FRANCISCO GARCIA, | ) ) ) ) ) | Case No.: C 08-02281 BZ |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **PLAINTIFFS' DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS** |
| COUNTY OF ALAMEDA; ALAMEDA COUNTY SHERIFF'S OFFICE; SHERIFF GREGORY J. AHERN, in his official capacity; TIMOTHY J. VALES (#104529), DAVID A. DRISCOLL (#108967), ROBERT LAPOINT (#843), and DAVID MCKAIG (#364), individually and in their official capacities; CASTRO VALLEY UNIFIED SCHOOL DISTRICT; JO A. LOSS, KUNIO OKUI, JOHN BARBIERI, JANICE FRIESEN, and GEORGE GRANGER, in their official capacities as members of the Castro | ) ) ) ) ) ) ) ) ) ) ) ) ) | |

1  Valley Unified School District Board of )
   Education; SUPERINTENDENT JAMES )
2  FITZPATRICK, in his official capacity; )
   SUSAN GOLDMAN, MICHAEL MILLER, )
3  and JERRY MACY, individually, )
4  )
   )
5  　　　　　Defendants. )

6

7  　　　　Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other

8  than the named parties, there is no such interest to report.

9

10 DATED:  May 15, 2008　　　　　　　　　　　Respectfully submitted,

11
　　　　　　　　　　　　　　　　　　　　　　　By:＿＿/s/ Jivaka Candappa＿＿＿＿＿＿＿
12　　　　　　　　　　　　　　　　　　　　　　　　　JIVAKA CANDAPPA, for Plaintiffs
　　　　　　　　　　　　　　　　　　　　　　　　　LOCAL 81, LEROY CISNEROS and
13　　　　　　　　　　　　　　　　　　　　　　　　　FRANCISCO GARCIA

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PLAINTIFFS' DISCLOSURE OF NON-PARTY**　　　*United Union of Roofers vs. Alameda County et al.*
**INTERESTED ENTITIES OR PERSONS**　　　　　　　　　　**CASE NO. C 08-02281 BZ**
-2-