1  Jivaka Candappa (SBN 225919)

2  46 Shattuck Square, #15
   Berkeley, CA 94704

3  Tel: 510-981-1808

4  Fax: 510-981-1817

5  Attorney for Plaintiffs

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8

9                                        No.  C

10            Plaintiff(s),             **CONSENT TO PROCEED BEFORE A**
                                        **UNITED STATES MAGISTRATE JUDGE**
11       v.

12

13            Defendant(s).
   _____/

14

15       CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16       In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18  proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the

19  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20

21  Dated: _____        /s/ Jivaka Candappa
                                           _____
22                                         Signature

23                                         Counsel for _____
                                           (Plaintiff, Defendant or indicate "pro se")

24

25

26

27

28