AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

RECEIVED
MAY 2 1 2008
BY:....................

| | |
|---|---|
| Local 81 AFL-CIO | )
Plaintiff | )
v. | )   Civil Action No.
County of Alameda et al. | )
Defendant | ) |

CV 08   2281

**Summons in a Civil Action**

BZ

To:   See attached.

_(Defendant's name)_

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jivaka Candappa
46 Shattuck Square, #15
Berkeley, CA 94704

SHARON SEIDENSTEIN (State Bar No. 215588)
Law Offices of Ellyn Moscowitz
1629 Telegraph Avenue, 4th Floor
Oakland, California 94612
Telephone: (510) 899-6240 Facsimile: (510) 899-6245

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Deputy clerk's signature

MARY ANN BUCKLEY

Date:   MAY  1 2008

BY FAX

_(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)_

✎ AO 440 (Rev. 03/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
        _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 _____ .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
ATTACHMENT TO SUMMONS IN A CIVIL ACTION

*Local 81 AFL-CIO vs. County of Alameda et al.*

**Names and Addresses of Defendants**

1.  County of Alameda, c/o Board of Supervisor's Office, Administration Building, 1221 Oak Street, Room 536, Oakland, CA 94612

2.  Alameda County Sheriff's Office, 1401 Lakeside Drive, 12th Floor, Oakland, CA 94612

3.  Sheriff Gregory J. Ahern, Alameda County Sheriff's Office, 1401 Lakeside Drive, 12th Floor, Oakland, CA 94612

4.  Timothy J. Vales, Alameda County Sheriff's Office, 1401 Lakeside Drive, 12th Floor, Oakland, CA 94612

5.  David A. Driscoll, Alameda County Sheriff's Office, 1401 Lakeside Drive, 12th Floor, Oakland, CA 94612

6.  Robert Lapoint, Alameda County Sheriff's Office, 1401 Lakeside Drive, 12th Floor, Oakland, CA 94612

7.  David McKaig, Alameda County Sheriff's Office, 1401 Lakeside Drive, 12th Floor, Oakland, CA 94612

8.  Castro Valley Unified School District, 4400 Alma Avenue, Castro Valley, CA 94546

9.  Jo A. Loss, Castro Valley Unified School District, 4400 Alma Avenue, Castro Valley, CA 94546

10. Kunio Okui, Castro Valley Unified School District, 4400 Alma Avenue, Castro Valley, CA 94546

11. John Barbieri, Castro Valley Unified School District, 4400 Alma Avenue, Castro Valley, CA 94546

12. Janice Friesen, Castro Valley Unified School District, 4400 Alma Avenue, Castro Valley, CA 94546

13. George Granger, Castro Valley Unified School District, 4400 Alma Avenue, Castro Valley, CA 94546

14. James Fitzpatrick, Castro Valley Unified School District, 4400 Alma Avenue, Castro Valley, CA 94546

15. Susan Goldman, Castro Valley High School, 19400 Santa Maria Avenue, Castro Valley, CA 94546

16. Michael Miller, Castro Valley Unified School District, 4400 Alma Avenue, Castro Valley, CA 94546

17. Jerry Macy, Castro Valley Unified School District, 4400 Alma Avenue, Castro Valley, CA 94546

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### ATTACHMENT TO SUMMONS IN A CIVIL ACTION

*Local 81 AFL-CIO vs. County of Alameda et al.*

**Names and Addresses of Defendants**

1. County of Alameda, c/o Board of Supervisor's Office, Administration Building, 1221 Oak Street, Room 536, Oakland, CA 94612

2. Alameda County Sheriff's Office, 1401 Lakeside Drive, 12th Floor, Oakland, CA 94612

3. Sheriff Gregory J. Ahern, Alameda County Sheriff's Office, 1401 Lakeside Drive, 12th Floor, Oakland, CA 94612

4. Timothy J. Vales, Alameda County Sheriff's Office, 1401 Lakeside Drive, 12th Floor, Oakland, CA 94612

5. David A. Driscoll, Alameda County Sheriff's Office, 1401 Lakeside Drive, 12th Floor, Oakland, CA 94612

6. Robert Lapoint, Alameda County Sheriff's Office, 1401 Lakeside Drive, 12th Floor, Oakland, CA 94612

7. David McKaig, Alameda County Sheriff's Office, 1401 Lakeside Drive, 12th Floor, Oakland, CA 94612

8. Castro Valley Unified School District, 4400 Alma Avenue, Castro Valley, CA 94546

9. Jo A. Loss, Castro Valley Unified School District, 4400 Alma Avenue, Castro Valley, CA 94546

10. Kunio Okui, Castro Valley Unified School District, 4400 Alma Avenue, Castro Valley, CA 94546

11. John Barbieri, Castro Valley Unified School District, 4400 Alma Avenue, Castro Valley, CA 94546

12. Janice Friesen, Castro Valley Unified School District, 4400 Alma Avenue, Castro Valley, CA 94546

13.    George Granger, Castro Valley Unified School District, 4400 Alma Avenue, Castro Valley, CA 94546

14.    James Fitzpatrick, Castro Valley Unified School District, 4400 Alma Avenue, Castro Valley, CA 94546

15.    Susan Goldman, Castro Valley High School, 19400 Santa Maria Avenue, Castro Valley, CA 94546

16.    Michael Miller, Castro Valley Unified School District, 4400 Alma Avenue, Castro Valley, CA 94546

17.    Jerry Macy, Castro Valley Unified School District, 4400 Alma Avenue, Castro Valley, CA 94546

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*

Sharon Seidenstein, 215588
LAW OFFICE OF ELLYN MOSCOWITZ
8400 Enterprise Way
OAKLAND, CA 94621-1309

TELEPHONE NO: (510) 567-8400

ATTORNEY FOR *(Name)*:  Plaintiff

Ref No. or File No:  Alameda County Sheriff - Fed

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

United Union of Roofers & Waterproofers Local 81

DEFENDANT:

County of Alameda, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | CV08-02281 BZ |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons in a Civil Action, Civil Cover Sheet, Compalint, Order Setting Initial Case Management Conference and ADR Deadlines

2. Party Served:         County of Alameda

3. Person Served:        Rhonda Bailey, Clerk - Person authorized to accept service of process

4. Date & Time of Delivery:    5/6/2008          4:00 PM

5. Address, City and State:    1221 Oak Street Room 536
                               Oakland, CA 94612

6. Manner of Service:    Personal Service - By personally delivering copies.

**BY FAX**

Fee for Service: $ 75.00

Registered California process server.
County: ALAMEDA
Registration No.:746

Roderick Thompson
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 5/8/2008 at Oakland, California.

Signature: *Roderick Thompson*

Roderick Thompson

FF# 6661752

Sharon Seidenstein
LAW OFFICE OF ELLYN MOSCOWITZ     (510) 567-8400
8400 Enterprise Way
OAKLAND, CA 94621-1309

ATTORNEY FOR *(Name):*  Plaintiff

Insert name of court, judicial district or branch court, if any

*Ref. No. or File No*
Alameda County Sheriff - Fed

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

United Union of Roofers & Waterproofers Local 81

DEFENDANT:

County of Alameda et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | CV08-02281 BZ |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons in a Civil Action, Civil Cover Sheet, Compalint, Order Setting Initial Case Management Conference and ADR Deadlines

2. Party  Served:      Alameda County Sheriff's Office

3. Person Served:      Rhonda Bailey, Clerk - Person authorized to accept service of process

4. Date & Time of Delivery:     5/6/2008          4:00 PM

5. Address, City and State:     1221 Oak Street Room 536
Oakland, CA  94612 .

6. Manner of Service:     Personal Service - By personally delivering copies.

**BY FAX**

Fee for Service: $ 119.50

Registered California process server.
County: ALAMEDA
Registration No.:746

Roderick Thompson
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA  94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 5/8/2008 at Oakland, California.

Signature: _____
Roderick Thompson

FF# 6661753

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*
Sharon Seidenstein (215388)
LAW OFFICE OF ELLYN MOSCOWITZ
8400 Enterprise Way
OAKLAND, CA 94621-1309

TELEPHONE NO.
(510) 567-8400

ATTORNEY FOR *(Name)*:  Plaintiff

Ref. No. or File No.
Alameda County Sheriff - Fed

*Insert name of court, judicial district or branch court, if any*

United States District Court
450 Golden Gate Avenue
San Francisco, CA  94102-3483

PLAINTIFF:

United Union of Roofers & Waterproofers Local 81

DEFENDANT:

County of Alameda et al.

| **PROOF OF SERVICE** | DATE | TIME | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | CV08-02281 BZ |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons in a Civil Action, Civil Cover Sheet, Compalint, Order Setting Initial Case Management Conference and ADR Deadlines

2. Party  Served:          Sheriff Gregory J. Ahern

3. Person Served:          Rhonda Bailey, Agent for Service - Person authorized to accept service of process

4. Date & Time of Delivery:     5/6/2008          4:00 PM

5. Address, City and State:     1221 Oak Street Room 536
                                Oakland, CA  94612

6. Manner of Service:      Personal Service - By personally delivering copies.

Fee for Service: $ 24.50

Registered California process server.
County: ALAMEDA
Registration No.:746

Roderick Thompson
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA  94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 5/8/2008 at Oakland, California.

Signature:  *Roderick Thompson*

Roderick Thompson

FF# 6661754

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*
Sharon Seidenstein, 245588
LAW OFFICE OF ELLYN MOSCOWITZ
8400 Enterprise Way
OAKLAND, CA 94621-1309

TELEPHONE NO.:
(510) 567-8400

ATTORNEY FOR *(Name)*   Plaintiff

Ref. No. or File No.:
Alameda County Sheriff - Fed

Insert name of court, judicial district or branch court, if any.

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

United Union of Roofers & Waterproofers Local 81

DEFENDANT:

County of Alameda et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | CV08-02281 BZ |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons in a Civil Action, Civil Cover Sheet, Compalint, Order Setting Initial Case Management Conference and ADR Deadlines

2. Party Served:    Timpthey J. Vales

3. Parson Served:    Rhonda Bailey, Agent for Service - Person authorized to accept service of process

4. Date & Time of Delivery:    5/6/2008        4:00 PM

5. Address, City and State:    1221 Oak Street Room 536
Oakland, CA 94612

6. Manner of Service:    Personal Service - By personally delivering copies.

BY FAX

Fee for Service: $ 39.50

Registered California process server.
County: ALAMEDA
Registration No.:746

Roderick Thompson
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 5/8/2008 at Oakland, California.

Signature:    *Roderick Thompson*

Roderick Thompson

FF# 6661763

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Sharon Seidenstein, 215588<br>LAW OFFICE OF ELLYN MOSCOWITZ<br>8400 Enterprise Way Suite 201<br>OAKLAND, CA 94621-1309<br>TELEPHONE NO.: (510) 567-8400<br>ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

| PLAINTIFF/PETITIONER: United Union of Roofers & Waterproofers Local 81 | CASE NUMBER |
|---|---|
| DEFENDANT/RESPONDENT: County of Alameda et al. | CV08-02281 BZ |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.<br>Alameda County Sheriff - Fed |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons in a Civil Action, Civil Cover Sheet, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines

3. a. Party served: David A. Driscoll

   b. Person Served: Rhonda Bailey, Agent for Service - Person authorized to accept service of process

4. Address where the party was served: 1221 Oak Street Room 536
   Oakland, CA 94612

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 5/8/2008        (2) at (time): 3:00 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   David A. Driscoll

   under:    CCP 416.90 (individual)

7. Person who served papers
   a. Name:         Roderick Thompson
   b. Address:      One Legal - 194-Marin
                    504 Redwood Blvd #223
                    Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 170.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No. 746
         (iii) County ALAMEDA

BY FAX

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 5/9/2008

_Roderick Thompson_

Roderick Thompson
(NAME OF PERSON WHO SERVED PAPERS)                                (SIGNATURE)

Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6661755

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*
Sharon Seidenstein, SBN 55232
LAW OFFICE OF ELLYN MOSCOWITZ
8400 Enterprise Way
OAKLAND, CA 94621-1309

TELEPHONE NO.:
(510) 567-8400

FOR COURT USE ONLY

ATTORNEY FOR *(Name)*   Plaintiff

Ref. No. or File No.
Alameda County Sheriff - Fed

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

United Union of Roofers & Waterproofers Local 81

DEFENDANT:

County of Alameda et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | CV08-02281 BZ |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons in a Civil Action, Civil Cover Sheet, Compalint, Order Setting Initial Case Management Conference and ADR Deadlines

2. Party Served:        Robert Lapoint

3. Person Served:        Rhonda Bailey, Agent for Service - Person authorized to accept service of process

4. Date & Time of Delivery:        5/6/2008        4:00 PM

5. Address, City and State:        1221 Oak Street Room 536
Oakland, CA 94612

6. Manner of Service:        Personal Service - By personally delivering copies.

BY FAX

Fee for Service: $ 39.50

Registered California process server.
County: ALAMEDA
Registration No.:746

Roderick Thompson
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 5/8/2008 at Oakland, California.

Signature: *Roderick Thompson*

Roderick Thompson

FF# 6661756

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*
Sharon Seidenstein
LAW OFFICE OF ELLYN MOSCOWITZ
6400 Enterprise Way
OAKLAND, CA 94621-1309

(510) 567-8400

ATTORNEY FOR *(Name)*: Plaintiff

Ref. No. or File No.
Alameda County Sheriff - Fed

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

United Union of Roofers & Waterproofers Local 81

DEFENDANT:

County of Alameda et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV. | CASE NUMBER: |
|---|---|---|---|---|
| | | | | CV08-02281 BZ |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons in a Civil Action, Civil Cover Sheet, CompaILnt, Order Setting Initial Case Management Conference and ADR Deadlines

2. Party Served:  David McKaig

3. Person Served:  Rhonda Bailey, Agent for Service - Person authorized to accept service of process

4. Date & Time of Delivery:  5/6/2008         4:00 PM

5. Address, City and State:  1221 Oak Street Room 536
Oakland, CA 94612

6. Manner of Service:  Personal Service - By personally delivering copies.

BY FAX

Fee for Service: $ 39.50

Registered California process server:
County: ALAMEDA
Registration No.:746

Roderick Thompson
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 5/8/2008 at Oakland, California.

Signature:  *Roderick Thompson*

Roderick Thompson

FF# 6661757

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Sharon Seidenstein, 215588<br>LAW OFFICE OF ELLYN MOSCOWITZ<br>8400 Enterprise Way Suite 201<br>OAKLAND, CA 94621-1309<br>TELEPHONE NO.: (510) 567-8400<br>ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

| PLAINTIFF/PETITIONER: United Union of Roofers & Waterproofers Local 81 | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: County of Alameda et al. | CV08-02281 BZ |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>Alameda County Sheriff - Fed |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons in a Civil Action, Civil Cover Sheet, Compalint, Order Setting Initial Case Management Conference and ADR Deadlines.

3. a. Party served: Castro Valley Unified School Distrct

   b. Person Served: Deb Cook - Person authorized to accept service of process

4. Address where the party was served: 4400 Alma Avenue
   Castro Valley, CA 94546

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 5/6/2008    (2) at (time): 4:30 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   Castro Valley Unified School Distrct

   under:    CCP 416.50 (public entity)

7. Person who served papers
   a. Name:    Roderick Thompson
   b. Address:    One Legal - 194-Marin
                  504 Redwood Blvd #223
                  Novato, CA 94947
   c. Telephone number:    415-491-0606
   d. The fee for service was: $ 75.00
   e. I am:
      (3) registered California process server.
         (i)  Employee or independent contractor.
         (ii)  Registration No.: 746
         (iii) County: ALAMEDA

BY FAX

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 5/8/2008

Roderick Thompson
(NAME OF PERSON WHO SERVED PAPERS)

_Roderick Thompson_
(SIGNATURE)

| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>[Rev. Jan 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10 |
|---|---|---|

FF# 6661758

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and address)*

Sharon Seidenstein, 215388
LAW OFFICE OF ELLYN MOSCOWITZ
8400 Enterprise Way
OAKLAND, CA 94621-1309

(510) 567-8400

ATTORNEY FOR *(Name)*   Plaintiff

Ref No. or File No.
Alameda County Sheriff - Fed

Insert name of court, judicial district or branch court, if any

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

United Union of Roofers & Waterproofers Local 81

DEFENDANT:

County of Alameda et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | CV08-02281 BZ |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons in a Civil Action, Civil Cover Sheet, Compalint, Order Setting Initial Case Management Conference and ADR Deadlines

2. Party Served:    Jo A. Loss

3. Person Served:    Deb Cook, Agent for Service - Person authorized to accept service of process

4. Date & Time of Delivery:    5/6/2008    4:30 PM

5. Address, City and State:    4400 Alma Avenue
Castro Valley, CA 94546

6. Manner of Service:    Personal Service - By personally delivering copies.

BY FAX

Fee for Service: $ 24.50

Registered California process server.
County: ALAMEDA
Registration No.:746

Roderick Thompson
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 5/8/2008 at Oakland, California.

Signature: _____
Roderick Thompson

FF# 6661759

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
Sharon Seidenstein, 213588
LAW OFFICE OF ELLYN MOSCOWITZ
8400 Enterprise Way
OAKLAND, CA 94621-1309
ATTORNEY FOR (Name)   Plaintiff

TELEPHONE NO.: (510) 567-8400

FOR COURT USE ONLY

Ref. No. or File No.
Alameda County Sheriff - Fed

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

United Union of Roofers & Waterproofers Local 81

DEFENDANT:

County of Alameda et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | CV08-02281 BZ |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons in a Civil Action, Civil Cover Sheet, Compalint, Order Setting Initial Case Management Conference and ADR Deadlines

2. Party Served:    Kunio Okui

3. Person Served:    Deb Cook, Agent for Service - Person authorized to accept service of process

4. Date & Time of Delivery:    5/6/2008      4:30 PM

5. Address, City and State:    4400 Alma Avenue
Castro Valley, CA 94546

6. Manner of Service:    Personal Service - By personally delivering copies.

BY FAX

Fee for Service: $ 24.50

Registered California process server.
County: ALAMEDA
Registration No.:746

Roderick Thompson
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 5/8/2008 at Oakland, California.

Signature:    _Roderick Thompson_

Roderick Thompson

FF# 6661760

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
Sharon Seidenstein, 215588
LAW OFFICE OF ELLYN MOSCOWITZ
8400 Enterprise Way
OAKLAND, CA 94621-1309

(510) 567-8400

ATTORNEY FOR (Name): Plaintiff

Ref. No. or File No.
Alameda County Sheriff - Fed

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

United Union of Roofers & Waterproofers Local 81

DEFENDANT:

County of Alameda et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | CV08-02281 BZ |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons in a Civil Action, Civil Cover Sheet, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines

2. Party Served:   John Barbieri

3. Person Served:   Deb Cook, Agent for Service - Person authorized to accept service of process

4. Date & Time of Delivery:   5/6/2008        4:30 PM

5. Address, City and State:   4400 Alma Avenue
Castro Valley, CA 94546

6. Manner of Service:   Personal Service - By personally delivering copies.

BY FAX

Fee for Service: $ 24.50

Registered California process server.
County: ALAMEDA
Registration No.:746

Roderick Thompson
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 5/8/2008 at Oakland, California.

Signature: _Roderick Thompson_

Roderick Thompson

FF# 6661761

Sharon Seidenstein, 215588
LAW OFFICE OF ELLYN MOSCOWITZ
8400 Enterprise Way
OAKLAND, CA 94621-1309

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*

TELEPHONE NO.:

FOR COURT USE ONLY

ATTORNEY FOR *(Name):* Plaintiff

Ref. No. or File No.
Alameda County Sheriff - Fed

Insert name of court, judicial district or branch court, if any.

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

United Union of Roofers & Waterproofers Local 81

DEFENDANT:

County of Alameda et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:  CV08-02281 BZ |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons in a Civil Action, Civil Cover Sheet, Compalint, Order Setting Initial Case Management Conference and ADR Deadlines

2. Party Served:        Janice Friesen

3. Person Served:        Deb Cook, Agent for Service - Person authorized to accept service of process

4. Date & Time of Delivery:    5/6/2008        4:30 PM

5. Address, City and State:    4400 Alma Avenue
                              Castro Valley, CA 94546

6. Manner of Service:    Personal Service - By personally delivering copies.

BY FAX

Fee for Service: $ 24.50

Registered California process server.
County: ALAMEDA
Registration No.:746

Roderick Thompson
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 5/8/2008 at Oakland, California.

Signature: _____
                    Roderick Thompson

FF# 6661762

Sharon Seidenstein, 213388
LAW OFFICE OF ELLYN MOSCOWITZ
8400 Enterprise Way
OAKLAND, CA 94621-1309

Telephone No. (510) 567-8400

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | Ref. No. or File No. |
|---|---|
| ATTORNEY FOR (Name): Plaintiff | Alameda County Sheriff - Fed |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

United Union of Roofers & Waterproofers Local 81

DEFENDANT:

County of Alameda et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | CV08-02281 BZ |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons in a Civil Action, Civil Cover Sheet, Compalint, Order Setting Initial Case Management Conference and ADR Deadlines

2. Party Served:          George Granger

3. Person Served:         Deb Cook, Agent for Service - Person authorized to accept service of process

4. Date & Time of Delivery:    5/6/2008          4:30 PM

5. Address, City and State:    4400 Alma Avenue
                               Castro Valley, CA 94546

6. Manner of Service:     Personal Service - By personally delivering copies.

## BY FAX

Fee for Service: $ 24.50

Registered California process server.
County: ALAMEDA
Registration No.:746

Roderick Thompson
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 5/8/2008 at Oakland, California.

Signature: _Roderick Thompson_

Roderick Thompson

FF# 6661764

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*
Sharon Seidenstein 215883
LAW OFFICE OF ELLYN MOSCOWITZ
8400 Enterprise Way
OAKLAND, CA 94621-1309

TELEPHONE No.
(510) 567-8400

FOR COURT USE ONLY

ATTORNEY FOR *(Name)*   Plaintiff

Ref. No. or File No.
Alameda County Sheriff - Fed

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA  94102-3483

PLAINTIFF:

United Union of Roofers & Waterproofers Local 81

DEFENDANT:

County of Alameda et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | CV08-02281 BZ |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons in a Civil Action, Civil Cover Sheet, Compalint, Order Setting Initial Case Management Conference and ADR Deadlines

2. Party  Served:   James Fitzpatrick

3. Person Served:   Deb Cook, Agent for Service - Person authorized to accept service of process

4. Date & Time of Delivery:   5/6/2008          4:30 PM

5. Address, City and State:   4400 Alma Avenue
Castro Valley, CA  94546

6. Manner of Service:   Personal Service - By personally delivering copies.

BY FAX

Fee for Service: $ 24.50

Registered California process server:
County: ALAMEDA
Registration No.:746

Roderick Thompson
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA  94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 5/8/2008 at Oakland, California.

Signature: _____
*Roderick Thompson*

Roderick Thompson

FF# 6661765

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*
Sharon Seidenstein [358]
LAW OFFICE OF ELLYN MOSCOWITZ
8400 Enterprise Way
OAKLAND, CA 94621-1309

TELEPHONE NO.
(510) 567-8400

FOR COUNT USE ONLY

ATTORNEY FOR *(Name)*    Plaintiff

Ref No. or File No.
Alameda County Sheriff - Fed

*Insert name of court, judicial district or branch court, if any:*

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

United Union of Roofers & Waterproofers Local 81

DEFENDANT:

County of Alameda et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV | CASE NUMBER: |
|---|---|---|---|---|
| | | | | CV08-02281 BZ |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons in a Civil Action, Civil Cover Sheet, Compalint, Order Setting Initial Case Management Conference and ADR Deadlines

2. Party Served:    Michael Miller

3. Person Served:    Deb Cook, Agent for Service - Person authorized to accept service of process

4. Date & Time of Delivery:    5/6/2008        4:30 PM

5. Address, City and State:    4400 Alma Avenue
Castro Valley, CA 94612

6. Manner of Service:    · Personal Service - By personally delivering copies.

BY FAX

Fee for Service: $ 24.50

Registered California process server.
County: ALAMEDA
Registration No.:746

Roderick Thompson
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 5/8/2008 at Oakland, California.

Signature: *Roderick Thompson*

Roderick Thompson

FF# 6661767

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: Sharon Seidenstein<br>LAW OFFICE OF ELLYN MOSCOWITZ<br>8400 Enterprise Way<br>OAKLAND, CA 94621-1309 | | TELEPHONE NO.:<br>(510) 567-6400 | FOR COURT USE ONLY |
|---|---|---|---|
| ATTORNEY FOR *(Name)*:  Plaintiff | Ref. No. or File No.:<br>Alameda County Sheriff - Fed | | |

Insert name of court, judicial district or branch court, if any.

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

United Union of Roofers & Waterproofers Local 81

DEFENDANT:

County of Alameda et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV08-02281 BZ |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons in a Civil Action, Civil Cover Sheet, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines

2. Party Served:          Jerry Macy

3. Person Served:         Deb Cook, Agent for Service - Person authorized to accept service of process

4. Date & Time of Delivery:  5/6/2008          4:30 PM

5. Address, City and State:  4400 Alma Avenue
                             Castro Valley, CA  94546

6. Manner of Service:     Personal Service - By personally delivering copies.

BY FAX

Fee for Service: $ 24.50

---

Registered California process server:
County: ALAMEDA
Registration No.: 746

Roderick Thompson
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA  94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 5/8/2008 at Oakland, California.

Signature: *Roderick Thompson*

Roderick Thompson

FF# 6661768

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):*
Sharon Seidenstein
LAW OFFICE OF ELLYN MOSCOWITZ
8400 Enterprise Way
OAKLAND, CA 94621-1309

TELEPHONE NO.
(510) 567-8400

ATTORNEY FOR *(Name)* Plaintiff

Ref. No. or File No.
Alameda County Sheriff - Fed

FOR COURT USE ONLY

Insert name of court, judicial district or branch court, if any

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

United Union of Roofers & Waterproofers Local 81

DEFENDANT:

County of Alameda et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | CV08-02281 BZ |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons in a Civil Action, Civil Cover Sheet, Compalint, Order Setting Initial Case Management Conference and ADR Deadlines

2. Party Served:  Susan Goldman

3. Person Served:  Deb Cook, Agent for Service - Person authorized to accept service of process

4. Date & Time of Delivery:  5/6/2008          4:30 PM

5. Address, City and State:  4400 Alma Avenue
Castro Valley, CA 94546

6. Manner of Service:  Personal Service - By personally delivering copies.

## BY FAX

Fee for Service: $ 24.50

Registered California process server.
County: ALAMEDA
Registration No.:746

Roderick Thompson
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 5/8/2008 at Oakland, California.

Signature: _Roderick Thompson_

Roderick Thompson

FF# 6661766