GREGORY J. ROCKWELL, ESQ. (SBN 67305)
grockwell@bjg.com
JILL P. SAZAMA, ESQ. (SBN 214215)
jsazama@bjg.com
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA  94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendants
COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, SHERIFF GREGORY J. AHERN, TIMOTHY VALES, DAVID DRISCOLL, ROBERT LAPOINT, and DAVID MCKAIG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED UNION OF ROOFERS, WATERPROOFERS, AND ALLIED WORKERS – LOCAL 81 AFL-CIO, LEORY CISNEROS, AND FRANCISCO GARCIA,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, SHERIFF GREGORY J. AHERN, in his official capacity; TIMOTHY J. VALES (#104529), DAVID A. DRISCOLL (#108967), ROBERT LAPOINT (#843), and DAVID MCKAIG (#364), individually and in their official capacities; CASTRO VALLEY UNIFIED SCHOOL DISTRICT; JO A. LOSS, KUNIO OKUI, JOHN BARBIERI, JANICE FRIESEN, and GEORGE GRANGER, in their official capacities as members of the Castro Valley Unified School District Board of Education, SUPERINTENDENT JAMES FITZPATRICK, in his official capacity; SUSAN GOLDMAN, MICHAEL MILLER and JERRY MACY, individually,<br><br>    Defendants. | Case No.: 08-2281 BZ<br><br>**NOTICE OF APPEARANCE OF LEAD COUNSEL**<br><br>Complaint Filed:  May 1, 2008 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

-1-

NOTICE OF APPEARANCE OF LEAD COUNSEL; *United Union of Roofers, Waterproofers, and Allied Workers – Local 81 AFL-CIO, et al., v. County of Alameda, et al.;* U.S. Dist. Ct-Nor. Dist. of CA Case No. 08-2281 BZ

PLEASE TAKE NOTICE THAT **Gregory J. Rockwell, Esq.,** also of Boornazian, Jensen and Garthe, A Professional Corporation, hereby appears as Lead Counsel for defendants COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, SHERIFF GREGORY J. AHERN, TIMOTHY VALES, DAVID DRISCOLL, ROBERT LAPOINT, and DAVID MCKAIG in this matter.  Mr. Rockwell submits this Notice so that he may receive electronic notice of documents filed in this case.

DATED:   June 5, 2008

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation


By:      /s/ Gregory J. Rockwell, Esq.
GREGORY J. ROCKWELL, ESQ.
Attorneys for Defendants
COUNTY OF ALAMEDA,
ALAMEDA COUNTY SHERIFF'S
OFFICE, GREGORY AHERN,
TIMOTHY VALES, DAVID
DRISCOLL, ROBERT LAPOINT,
and DAVID MCKAIG

-2-

NOTICE OF APPEARANCE OF LEAD COUNSEL; *United Union of Roofers, Waterproofers, and Allied Workers – Local 81 AFL-CIO, et al., v. County of Alameda, et al.;* U.S. Dist. Ct-Nor. Dist. of CA Case No. 08-2281 BZ

**PROOF OF SERVICE BY ELECTRONIC SERVICE**

I, the undersigned, declare as follows:

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

On the date indicated below, at the above-referenced business location, I served the **NOTICE OF APPEARANCE OF LEAD COUNSEL** on the below-named party and caused said document to be transmitted using ECF as specified by General Order No. 45 to the following party:

| | |
|---|---|
| Ellyn Moscowitz, Esq.<br>Sharon Seidenstein, Esq.<br>Law Offices of Ellyn Moscowitz<br>1629 Telegraph Avenue, 4th Floor<br>Oakland, CA 94621<br>Telephone: 510-899-6240<br>Fax: 510-899-6245<br>E-mail: roofergal2@aol.com | **Attorney for Plaintiffs** |
| Jivaka Candappa<br>Law Office of Jivaka Candappa<br>46 Shattuck Square, Suite 15<br>Berkeley, CA 94704<br>Telephone: 510-981-1808<br>Fax: 510-981-1817<br>E-mail: jcandappa@sbcglobal.net | **Attorneys for Plaintiffs** |
| Jacqueline Sue McHaney, Esq.<br>Lindsay K. Anderson, Esq.<br>Thurbon & McHaney, LP<br>2339 Gold Meadow Way, Suite 210<br>Gold River, CA 95670<br>Telephone: 916-636-1840<br>Fax: 916-638-7530<br>jmchaney@thurbonandmchaney.com | **Defendants Castro Valley Unified School District** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Oakland, California, on June 05 2008.

　　　　　　　　　　　　　　　　　　　　　　/s/ Candace Hankins

25177\434340

-3-

NOTICE OF APPEARANCE OF LEAD COUNSEL; *United Union of Roofers, Waterproofers, and Allied Workers – Local 81 AFL-CIO, et al., v. County of Alameda, et al.;* U.S. Dist. Ct-Nor. Dist. of CA Case No. 08-2281 BZ