# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

June 5, 2008

To:   Gregory James Rockwell
      Jill Sazama
      Boornazian Jensen & Garthe
      555 - 12th Street, Suite 1800
      P.O. Box 12925
      Oakland, CA 94604-2925


          Re: United Union of Roofers, Waterproofers, and Allied Workers - Local 81
              AFL-CIO, et al. v. County of Alameda, et al. C08-2281 BZ

Dear Counsel:

     At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for **August 11, 2008 at 4:00 p.m.** To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

     At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within ten days.

                              Sincerely,

                              Richard W. Wieking, Clerk
                              United States District Court


                              _____/s/ Lashanda Scott_____
                              By:    Lashanda Scott
                                     Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd