LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601
E-Mail: lleone@stubbsleone.com;
leedc@stubbsleone.com

Attorneys for Defendants
CASTRO VALLEY UNIFIED SCHOOL DISTRICT; JO A. LOSS
KUNIO OKUI; JOHN BARBIERI; JANICE FRIESEN; GEORGE GRANGER;
JAMES FITZPATRICK; SUSAN GOLDMAN; MICHAEL MILLER; and JERRY MACY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED UNION OF ROOFERS, WATERPROOFERS, AND ALLIED WORKERS – LOCAL 81 AFL-CIO, LEROY CISNEROS, AND FRANCISCO GARCIA,<br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA; ALAMEDA COUNTY SHERIFF'S OFFICE; SHERIFF GREGORY J. AHERN, in his official capacity; TIMOTHY J. VALES (#104529), DAVID A. DRISCOLL (#108967), ROBERT LAPOINT (#843), and DAVID MCKAIG (#364), individually and in their official capacities, CASTRO VALLEY UNIFIED SCHOOL DISTRICT; JO A. LOSS, KUNIO OKUI, JOHN BARBIERI, JANICE FRIESEN, and GEORGE GRANGER, in their official capacities as members of the Castro Valley Unified School District Board of Education; SUPERINTENDENT JAMES FITZPATRICK, in his official capacity; SUSAN GOLDMAN, MICHAEL MILLER, and JERRY MACY, individually,<br>Defendants. | **Case No.: C 08 2281 BZ**<br><br>**STIPULATION RE: SUBSTITUTION OF COUNSEL FOR DEFENDANTS CASTRO VALLEY UNIFIED SCHOOL DISTRICT; JO A. LOSS KUNIO OKUI; JOHN BARBIERI; JANICE FRIESEN; GEORGE GRANGER; JAMES FITZPATRICK; SUSAN GOLDMAN; MICHAEL MILLER; and JERRY MACY** |

DEFENDANTS CASTRO VALLEY UNIFIED SCHOOL DISTRICT; JO A. LOSS KUNIO OKUI; JOHN BARBIERI; JANICE FRIESEN; GEORGE GRANGER; JAMES FITZPATRICK; SUSAN GOLDMAN; MICHAEL MILLER; and JERRY MACY hereby substitute their counsel of record in this matter.

**FORMER COUNSEL:**

Jacqueline Sue McHaney, Esq.
Lindsay K. Anderson, Esq.
THURBON & MCHENRY, LP
2339 Gold Meadow Way, Suite 210
Gold River, CA 95670
Ph: (916) 636-1840
Fx: (916) 638-7530
Email: jmchaney@thurbonandmchaney.com;
landerson@thurbonandmchaney.com

**NEW COUNSEL:**

Louis A. Leone, Esq.
Claudia Leed, Esq.
STUBBS & LEONE
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Ph: (925) 974-8600
Fx: (925) 974-8601
Email: lleone@stubbsleone.com;
leedc@stubbsleone.com

**IT IS SO STIPULATED:**

Dated: June 10, 2008

**THURBON & McHANEY**

[signature]
JACQUELINE SUE MCHANEY, ESQ.

STIPULATION RE: SUBSTITUTION OF COUNSEL FOR DEFENDANTS CASTRO VALLEY UNIFIED SCHOOL DISTRICT, et al; C 082281 BZ

2

Dated: June 10, 2008

**STUBBS & LEONE**

CLAUDIA LEED, ESQ.

**CONSENT TO SUBSTITUTION**

The undersigned consents to the substitution and certifies that this substitution will not delay the proceedings in this matter.

Dated: June 10, 2008

JERRY MACY

STIPULATION RE: SUBSTITUTION OF COUNSEL FOR DEFENDANTS CASTRO VALLEY UNIFIED SCHOOL DISTRICT, et al; C 082281 BZ

3