GREGORY J. ROCKWELL, ESQ. (SBN 67305)
grockwell@bjg.com
JILL P. SAZAMA, ESQ. (SBN 214215)
jsazama@bjg.com
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA  94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendants
COUNTY OF ALAMEDA, ALAMEDA
COUNTY SHERIFF'S OFFICE,
GREGORY AHERN, TIMOTHY VALES,
DAVID DRISCOLL, ROBERT LAPOINT,
and DAVID MCKAIG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED UNION OF ROOFERS, WATERPROOFERS, AND ALLIED WORKERS – LOCAL 81 AFL-CIO, LEORY CISNEROS, AND FRANCISCO GARCIA<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, SHERIFF GREGORY J. AHERN, in his official capacity; TIMOTHY J. VALES (#104529), DAVID A. DRISCOLL (#108967), ROBERT LAPOINT (#843), and DAVID MCKAIG (#364), individually and in their official capacities; CASTRO VALLEY UNIFIED SCHOOL DISTRICT; JO A. LOSS, KUNIO OKUI, JOHN BARBIERI, JANICE FRIESEN, and GEORGE GRANGER, in their official capacities as members of the Castro Valley Unified School District Board of Education, SUPERINTENDENT JAMES FITZPATRICK, in his official capacity; SUSAN GOLDMAN, MICHAEL MILLER and JERRY MACY, individually,<br><br>Defendants. | Case No.: 08-2281 BZ<br><br>**DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>Complaint Filed:  May 1, 2008 |

///

-1-

DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE
*United Union of Roofers, Waterproofers, and Allied Workers – Local 81 AFL-CIO, et al., v. County of Alameda, et al.*

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: June 13, 2008

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: _____/s/ Jill P. Sazama, Esq._____
JILL P. SAZAMA, ESQ.
Attorneys for Defendants
COUNTY OF ALAMEDA,
ALAMEDA COUNTY SHERIFF'S
OFFICE, GREGORY AHERN,
TIMOTHY VALES, DAVID
DRISCOLL, ROBERT LAPOINT,
and DAVID MCKAIG

25177\434272

-2-

**PROOF OF SERVICE BY ELECTRONIC SERVICE**

I, the undersigned, declare as follows:

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

On the date indicated below, at the above-referenced business location, I served the **DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** on the below-named party and caused said document to be transmitted using ECF as specified by General Order No. 45 to the following party:

**Attorney for Plaintiffs**
Ellyn Moscowitz, Esq.
Sharon Seidenstein, Esq.
Law Offices of Ellyn Moscowitz
1629 Telegraph Avenue, 4th Floor
Oakland, CA 94621
Telephone: 510-899-6240
Fax: 510-899-6245
E-mail: roofergal2@aol.com

**Attorneys for Plaintiffs**
Jivaka Candappa
Law Office of Jivaka Candappa
46 Shattuck Square, Suite 15
Berkeley, CA 94704
Telephone: 510-981-1808
Fax: 510-981-1817
E-mail: jcandappa@sbcglobal.net

**Defendants Castro Valley Unified School District**
Jacqueline Sue McHaney, Esq.
Lindsay K. Anderson, Esq.
Thurbon & McHaney, LP
2339 Gold Meadow Way, Suite 210
Gold River, CA 95670
Telephone: 916-636-1840
Fax: 916-638-7530
jmchaney@thurbonandmchaney.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Oakland, California, on June 13, 2008.

By: /s/ Carmen Kalt

25177\434272

-3-

DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE
*United Union of Roofers, Waterproofers, and Allied Workers – Local 81 AFL-CIO, et al., v. County of Alameda, et al.*