**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                       General Court Number
Clerk                                                                              415.522.2000

**June 16, 2008**

**CASE NUMBER:  CV 08-02281 BZ**
**CASE TITLE:  UNITED UNION OF ROOFERS-v-ALAMEDA COUNTY**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable THELTON E. HENDERSON** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **TEH** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 6/16/08

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____
                                                                    Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                         Special Projects
Log Book Noted                                                Entered in Computer 6/16/08 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                       Transferor CSA