LAW OFFICES OF ELLYN MOSCOWITZ
ELLYN MOSCOWITZ, (SBN 129287)
SHARON SEIDENSTEIN, (SBN 215588)
1629 Telegraph Avenue, 4th Floor
Oakland, CA 94612
Telephone: (510) 899-6240
Facsimile: (510) 899-6245

JIVAKA CANDAPPA, (SBN 225919)
46 Shattuck Square, Suite 15
Berkeley, CA 94704
Telephone: (510) 981-1808
Facsimile: (510) 981-1817

Attorneys for Plaintiffs, UNITED UNION OF ROOFERS, WATERPROOFERS, AND ALLIED WORKERS - LOCAL 81 AFL-CIO, LEROY CISNEROS, and FRANCISCO GARCIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED UNION OF ROOFERS, WATERPROOFERS, AND ALLIED WORKERS - LOCAL 81 AFL-CIO, LEROY CISNEROS, AND FRANCISCO GARCIA,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA; ALAMEDA COUNTY SHERIFF'S OFFICE; SHERIFF GREGORY J. AHERN, in his official capacity; TIMOTHY J. VALES (#104529), DAVID A. DRISCOLL (#108967), ROBERT LAPOINT (#843), and DAVID MCKAIG (#364), individually and in their official capacities; CASTRO VALLEY UNIFIED SCHOOL DISTRICT; JO A. LOSS, KUNIO OKUI, JOHN BARBIERI, JANICE FRIESEN, and GEORGE GRANGER, in their official capacities as members of the Castro | Case No.: C 08-02281 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

1  Valley Unified School District Board of )
2  Education; SUPERINTENDENT JAMES )
   FITZPATRICK, in his official capacity; )
3  SUSAN GOLDMAN, MICHAEL MILLER, )
   and JERRY MACY, individually, )
4                                          )
                                            )
5            Defendants.                    )

6

7       Counsel report that they have met and conferred regarding ADR and have reached the

8  following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

9       • The parties agree to participate in Mediation pursuant to ADR L.R. 6.

10      The parties further agree to hold the ADR session by the presumptive deadline of 90

11 days from the date of the order referring the case to an ADR process unless otherwise ordered

12 by the Court.

13 DATED: July 9, 2008          LAW OFFICES OF ELLYN MOSCOWITZ

14
                                By: /s/ Sharon Seidenstein
15                              ──────────────────────────
                                ELLYN MOSCOWITZ
16                              SHARON SEIDENSTEIN
                                for Plaintiffs
17                              LOCAL 81, LEROY CISNEROS and
                                FRANCISCO GARCIA
18

19
   DATED: July 10, 2008
20                              By: /s/ Jivaka Candappa
                                ──────────────────────────
21                              JIVAKA CANDAPPA, for Plaintiffs
                                LOCAL 81, LEROY CISNEROS and
22                              FRANCISCO GARCIA

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER**             *United Union of Roofers vs. Alameda County et al.*
**SELECTING ADR PROCESS**                        **CASE NO. C 08-02281 TEH**
-2-

DATED: July 9, 2008         BOORNAZIAN, JENSEN & GARTHE

                            By: /s/ Jill P. Sazama
                            _____
                            GREGORY J. ROCKWELL
                            JILL P. SAZAMA
                            for Defendants
                            COUNTY OF ALAMEDA, ALAMEDA COUNTY
                            SHERIFF'S OFFICE, SHERIFF AHERN, TIMOTHY J.
                            VALES, DAVID A. DRISCOLL, ROBERT LAPOINT, and
                            DAVID MCKAIG

DATED: July 9, 2008         STUBBS & LEONE

                            By: /s/ Claudia Leed
                            _____
                            LOUIS A. LEONE
                            CLAUDIA LEED
                            for Defendants
                            CASTRO VALLEY UNIFIED SCHOOL DISTRICT, JO A.
                            LOSS, KUNIO OKUI, JOHN BARBIERI, JANICE
                            FRIESEN, GEORGE GRANGER, JAMES FITZPATRICK,
                            SUSAN GOLDMAN, MICHAEL MILLER, and
                            JERRY MACY

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED UNION OF ROOFERS, WATERPROOFERS, AND ALLIED WORKERS - LOCAL 81 AFL-CIO, LEROY CISNEROS, AND FRANCISCO GARCIA,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA; ALAMEDA COUNTY SHERIFF'S OFFICE; SHERIFF GREGORY J. AHERN, in his official capacity; TIMOTHY J. VALES (#104529), DAVID A. DRISCOLL (#108967), ROBERT LAPOINT (#843), and DAVID MCKAIG (#364), individually and in their official capacities; CASTRO VALLEY UNIFIED SCHOOL DISTRICT; JO A. LOSS, KUNIO OKUI, JOHN BARBIERI, JANICE FRIESEN, and GEORGE GRANGER, in their official capacities as members of the Castro Valley Unified School District Board of Education; SUPERINTENDENT JAMES FITZPATRICK, in his official capacity; SUSAN GOLDMAN, MICHAEL MILLER, and JERRY MACY, individually,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: C 08-02281 TEH<br><br><br><br>**[PROPOSED] ORDER SELECTING ADR PROCESS** |

1     Pursuant to the parties' stipulation, the captioned matter is hereby referred to mediation.
2 The mediation session shall take place within 90 days from the date of this order.
3 **IT IS SO ORDERED.**
4
5 DATED: _____
6
                                           By: _____
7                                                HON. THELTON E. HENDERSON, JUDGE
                                               UNITED STATES DISTRICT COURT
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28