1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**
9           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  UNITED UNION OF ROOFERS, WATERPROOFERS, AND ALLIED WORKERS - LOCAL 81 AFL-CIO, LEROY CISNEROS, AND FRANCISCO GARCIA, | ) Case No.: C 08-02281 TEH ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ~~[PROPOSED]~~ **ORDER SELECTING ADR PROCESS** |
| COUNTY OF ALAMEDA; ALAMEDA COUNTY SHERIFF'S OFFICE; SHERIFF GREGORY J. AHERN, in his official capacity; TIMOTHY J. VALES (#104529), DAVID A. DRISCOLL (#108967), ROBERT LAPOINT (#843), and DAVID MCKAIG (#364), individually and in their official capacities; CASTRO VALLEY UNIFIED SCHOOL DISTRICT; JO A. LOSS, KUNIO OKUI, JOHN BARBIERI, JANICE FRIESEN, and GEORGE GRANGER, in their official capacities as members of the Castro Valley Unified School District Board of Education; SUPERINTENDENT JAMES FITZPATRICK, in his official capacity; SUSAN GOLDMAN, MICHAEL MILLER, and JERRY MACY, individually, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

1    Pursuant to the parties' stipulation, the captioned matter is hereby referred to mediation.
2    The mediation session shall take place within 90 days from the date of this order.
3    **IT IS SO ORDERED.**

5    DATED: 07/11/08

6    By: _____
7    HON. THELTON E. HENDERSON, JUDGE
     UNITED STATES DISTRICT COURT



[PROPOSED] ORDER SELECTING    *United Union of Roofers vs. Alameda County et al.*
ADR PROCESS                   **CASE NO. C 08-02281 TEH**

-2-