UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Judge:** THELTON E. HENDERSON

**Date**: August 11, 2008

**Case No.**   C 08-02281  TEH

**Case Title**:   UNITED UNION OF ROOFERS, et al.  v.  ALAMEDA COUNTY, et al.

**Appearances**:

>      For Plaintiff(s): Jivaka Candappa, Sharon Seidenstein

>      For Defendant(s): Jill Sazama, Claudia Leed

**Deputy Clerk**:  Rowena B. Espinosa          **Court Reporter**: not reported

## PROCEEDINGS

1.   Initial Case Management Conference - held

Non-Expert Discovery Cutoff: **7/13/09**

Last Day to File Dispositive Motions: **07/27/09**

Last Day to Hear Dispositive Motions: **08/31/09 at 10:00 AM**

Case continued to    for Further Case Management Conference

Case continued to **Monday, 10/19/09  at 3:00 p.m.** for Pretrial Conference

Case continued to **Tuesday, 10/27/09  at 8:30 a.m.** for Trial (Jury: 6 Days)

## SUMMARY

- In addition to mediation, this matter is also referred to Magistrate Judge Larson for settlement purposes to be held in the next 3-4 months.

cc: ADR; WH; VT