IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED UNION OF ROOFERS, WATERPROOFERS, AND ALLIED WORKERS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>    Defendants. | NO. C 08-02281 TEH<br><br>**ORDER VACATING REFERRAL TO MEDIATION** |

The Court's previous Order of July 11, 2008, referring this matter to mediation, is hereby VACATED. The referral to Magistrate Judge Larson for settlement conference remains in effect.

**IT IS SO ORDERED.**

Dated: October 28, 2008

Thelton E. Henderson
United States District Judge