

# Boornazian, Jensen & Garthe
A Professional Corporation

555 12th Street, Suite 1800
Oakland, CA 94607
Telephone: 510.834.4350
Facsimile: 510.839.1897
Website: www.bjg.com

Mailing Address
P.O. Box 12925
Oakland, CA 94604-2925

**Jill P. Sazama**
jsazama@bjg.com

October 31, 2008

**TO BE E-FILED ONLY**

The Honorable James Larson
United States District Court
450 Golden Gate Avenue,
Courtroom F, 15th Floor
San Francisco, CA 94102

Re: **Settlement Conference in** *United Union of Roofers, Waterproofers, and Allied Workers – Local 81 AFL-CIO, et al. v. County of Alameda, et al.*, **case no. 08-2281 TEH**

Dear Magistrate Judge Larson:

As I informed your clerk, Ms. Thomas, the parties have all agreed that it is everyone's best interest to change the settlement conference date in this case from November 14, 2008 to **Tuesday January 27, 2009**. The parties therefore respectfully request that the Court change the settlement conference date to **January 27, 2009**. The parties recognize that the Court's standing order regarding settlement conferences still governs, and in particular, as set forth therein, that settlement conference statements are to be lodged with your chambers at least seven calendar days prior to the above conference date.

We thank this Honorable Court for its time and consideration of our request.

Respectfully submitted,

BOORNAZIAN, JENSEN & GARTHE

Jill P. Sazama

cc: Sharon Seidenstein, Esq. (via electronic filing)
Jivaka Candappa, Esq. (via electronic filing)
Claudia Leed, Esq. (via electronic filing)

25177\447293

The settlement conference has been continued to January 27, 2009 at 10:00 a.m.

IT IS SO ORDERED
Judge James Larson