1  GREGORY J. ROCKWELL, ESQ. (SBN 67305)
   grockwell@bjg.com
2  JILL P. SAZAMA, ESQ. (SBN 214215)
   jsazama@bjg.com
3  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation
4  555 12th Street, Suite 1800
   P. O. Box 12925
5  Oakland, CA 94604-2925
   Telephone: (510) 834-4350
6  Facsimile: (510) 839-1897

7  Attorneys for Defendants
   COUNTY OF ALAMEDA, ALAMEDA
8  COUNTY SHERIFF'S OFFICE, SHERIFF
   GREGORY J. AHERN, TIMOTHY
9  VALES, DAVID DRISCOLL, ROBERT
   LAPOINT, and DAVID MCKAIG

**FILED**

JAN 12 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED UNION OF ROOFERS, WATERPROOFERS, AND ALLIED WORKERS – LOCAL 81 AFL-CIO, LEROY CISNEROS, AND FRANCISCO GARCIA,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, SHERIFF GREGORY J. AHERN, in his official capacity; TIMOTHY J. VALES (#104529), DAVID A. DRISCOLL (#108967), ROBERT LAPOINT (#843), and DAVID MCKAIG (#364), individually and in their official capacities; CASTRO VALLEY UNIFIED SCHOOL DISTRICT; JO A. LOSS, KUNIO OKUI, JOHN BARBIERI, JANICE FRIESEN, and GEORGE GRANGER, in their official capacities as members of the Castro Valley Unified School District Board of Education, SUPERINTENDENT JAMES FITZPATRICK, in his official capacity; SUSAN GOLDMAN, MICHAEL MILLER and JERRY MACY, individually,<br><br>Defendants. | Case No.: 08-02281 TEH<br><br>[~~PROPOSED~~]<br>**ORDER EXCUSING CERTAIN DEFENDANTS FROM PERSONALLY ATTENDING THE SETTLEMENT CONFERENCE**<br><br>Complaint Filed: May 1, 2008 |

-1-

ORDER EXCUSING CERTAIN DEFENDANTS FROM PERSONALLY ATTENDING THE SETTLEMENT CONFERENCE
*United Union of Roofers, Waterproofers, and Allied Workers, et al., v. County of Alameda, et al.;* U. S. Dist. Ct., Nor. Dist of CA Case No. 08-02281 TEH

By letter dated January 5, 2009, defendants COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, SHERIFF GREGORY J. AHERN, TIMOTHY VALES, DAVID DRISCOLL, ROBERT LAPOINT, and DAVID MCKAIG, have requested that defendants GREGORY J. AHERN, TIMOTHY VALES, DAVID DRISCOLL, ROBERT LAPOINT, and DAVID MCKAIG be excused from personally attending the settlement conference scheduled to occur on January 27, 2009 before Magistrate Judge Larson. This letter shows that the attendance of AHERN, DRISCOLL, VALES, LAPOINT and MCKAIG would present an unjustifiable hardship, and that the value of the case does not necessitate the personal attendance of the above individual defendants. This letter further shows that the parties do not object to AHERN or DRISCOLL being excused from personally attending this settlement conference. For these reasons, and good cause otherwise appearing therefor, the Court hereby ORDERS as follows:

Defendants **GREGORY J. AHERN, DAVID DRISCOLL, TIMOTHY VALES, ROBERT LAPOINT, and DAVID MCKAIG** are hereby **EXCUSED** from attending the settlement conference in this case on January 27, 2009.

**SO ORDERED.**

DATED: 1-12-09

By: /s/
WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

JAMES LARSON
U.S. CHIEF MAGISTRATE JUDGE

25177\444282

---

-2-

ORDER EXCUSING CERTAIN DEFENDANTS FROM PERSONALLY ATTENDING THE SETTLEMENT CONFERENCE
*United Union of Roofers, Waterproofers, and Allied Workers, et al., v. County of Alameda, et al.;* U. S. Dist. Ct., Nor. Dist of CA Case No. 08-02281 TEH