UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED UNION OF ROOFERS, WATERPROOFERS, AND ALLIED WORKERS – LOCAL 81 AFL-CIO, LEROY CISNEROS, AND FRANCISCO GARCIA<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, SHERIFF GREGORY J. AHERN, in his official capacity; TIMOTHY J. VALES (#104529), DAVID A. DRISCOLL (#108967), ROBERT LAPOINT (#843), and DAVID MCKAIG (#364), individually and in their official capacities; CASTRO VALLEY UNIFIED SCHOOL DISTRICT; JO A. LOSS, KUNIO OKUI, JOHN BARBIERI, JANICE FRIESEN, and GEORGE GRANGER, in their official capacities as members of the Castro Valley Unified School District Board of Education, SUPERINTENDENT JAMES FITZPATRICK, in his official capacity; SUSAN GOLDMAN, MICHAEL MILLER and JERRY MACY, individually,<br><br>Defendants. | Case No.: 08-02281 TEH (JL)<br><br>Complaint Filed: May 1, 2008<br><br>[~~PROPOSED~~] ORDER EXCUSING CERTAIN DEFENDANTS FROM PERSONALLY APPEARING AT SETTLEMENT CONFERENCE<br><br>Settlement Conference: January 27, 2009<br>Time: 10:00 a,m.<br>Courtroom: Magistrate Judge James Larson |
| CASTRO VALLEY UNIFIED SCHOOL DISTRICT,<br><br>Cross-Complainant,<br><br>v.<br><br>ROBERT A. BOTHMAN, INC., and ROES 1 through 200, INCLUSIVE<br><br>Cross-Defendants. | |
| ROBERT A. BOTHMAN, INC.,<br><br>Cross-Complainant,<br><br>v.<br><br>LEGACY ROOFING & WATERPROOFING, INC., and MOES 1 through 200, INCLUSIVE,<br><br>Cross-Defendants. | |

-1-

*United Union of Roofers, Waterproofers, and Allied Workers – LOCAL 81 AFL-CIO, et al., v. County of Alameda, et al.;* U.S.D.C.-N. Dist. of CA Case No. C 08-2281 TEH (JL)

**ORDER**

Defendants SUSAN GOLDMAN, JERRY MACY and MICHAEL MILLER are hereby excused from attending the Settlement Conference in this matter on January 27, 2009.

DATED: January 12, 2009

_____
HON. JAMES LARSON
United States District Magistrate Judge

-2-

*United Union of Roofers, Waterproofers, and Allied Workers – LOCAL 81 AFL-CIO, et al., v. County of Alameda, et al.;* U.S.D.C.-N. Dist. of CA Case No. C 08-2281 TEH (JL)