LOIS A. LINDSTROM, Bar No: 111743
BRIAN M. SANDERS, Bar No: 220590
ERICKSEN ARBUTHNOT
Attorneys at Law
155 Grand Avenue, Ste. 1050
Oakland, CA  94612
Telephone:  (510) 832-7770
Facsimile:   (510) 832-0102

Attorneys for Cross-Defendant
LEGACY ROOFING AND WATERPROOFING, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED UNION OF ROOFERS, WATERPROOFERS, AND ALLIED WORKERS – LOCAL 81 AFL-CIO; LEROY CISNEROS; and FRANCISCO GARCIA<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>COUNTY OF ALAMEDA, *et al*.,<br><br>　　　　　Defendants.<br>―――――――――――――――――<br>CASTRO VALLEY UNIFIED SCHOOL DISTRICT,<br><br>　　　　　Cross-Complainant,<br><br>　　Vs.<br><br>ROBERT A. BOTHMAN, INC. AND ROES 1 THROUGH 200, INCLUSIVE,<br><br>　　　　　Cross-Defendants | No.:  C 08-02281 TEH (JL)<br><br>**[PROPOSED] ORDER EXCUSING CROSS-DEFENDANT, LEGACY ROOFING, FROM PERSONALLY ATTENDING THE SETTLEMENT CONFERENCE**<br><br>**Settlement Conference: January 27, 2009<br>Time:  10:00 a.m.<br>Courtroom:  Magistrate Judge James Larson** |

- 1 –
UNITED UNION OF ROOFERS, et al., v. COUNTY OF ALAMEDA　　　　　[PROPOSED] ORDER
Case No:  08-02281

|   |   |
|---|---|
| 1 | ROBERT A. BOTHMAN, INC., |
| 2 | Cross-Complainant, |
| 3 | Vs. |
| 4 | |
| 5 | LEGACY ROOFING AND WATERPROOFING, INC., AND MOES 1 THROUGH 100, INCLUSIVE, |
| 6 | |
| 7 | Cross-Defendants. |

By letter dated January 14, 2009, cross-defendant, LEGACY ROOFING, has requested that its principal, Robert Laubach, and its insurer's representative, be excused from personally attending the Settlement Conference scheduled to occur on January 27, 2009 before the undersigned. This letter shows that the value of the case does not necessitate the personal attendance of the above individual cross-defendant. This letter shows that the parties do not object to LEGACY ROOFING being excused from personally attending the settlement conference. For these reasons, and good cause otherwise appearing therefore, the Court hereby ORDERS as follows:

Cross-defendant, LEGACY ROOFING, is hereby **EXCUSED** from attending the settlement conference in this case on January 27, 2009.

**SO ORDERED.**

DATED: January 20 , 2009

By _____
JAMES LARSON
CHIEF MAGISTRATE JUDGE

- 2 –
UNITED UNION OF ROOFERS, et al., v. COUNTY OF ALAMEDA          [PROPOSED] ORDER
Case No: 08-02281