| | |
|---|---|
| 1 | LAW OFFICES OF ELLYN MOSCOWITZ |
| 2 | ELLYN MOSCOWITZ, (SBN 129287) |
|   | SHARON SEIDENSTEIN, (SBN 215588) |
| 3 | 1629 Telegraph Avenue, 4th Floor |
| 4 | Oakland, CA 94612 |
|   | Telephone: (510) 899-6240 |
| 5 | Facsimile: (510) 899-6245 |
| 6 | |
| 7 | Attorneys for Plaintiffs, UNITED UNION OF ROOFERS, WATERPROOFERS, |
|   | AND ALLIED WORKERS - LOCAL 81 AFL-CIO, |
| 8 | LEROY CISNEROS, and FRANCISCO GARCIA |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED UNION OF ROOFERS, WATERPROOFERS, AND ALLIED WORKERS - LOCAL 81 AFL-CIO, LEROY CISNEROS, AND FRANCISCO GARCIA, | ) ) ) ) ) ) | Case No.: C08-02281 TEH<br><br>Complaint filed 5/1/2008 |
| Plaintiffs, | ) ) | [~~PROPOSED~~] ORDER EXCUSING CERTAIN PLAINTIFF FROM PERSONALLY APPEARING AT SETTLEMENT CONFERENCE |
| vs. | ) ) | |
| COUNTY OF ALAMEDA; ALAMEDA COUNTY SHERIFF'S OFFICE; SHERIFF GREGORY J. AHERN, in his official capacity; TIMOTHY J. VALES (#104529), DAVID A. DRISCOLL (#108967), ROBERT LAPOINT (#843), and DAVID MCKAIG (#364), individually and in their official capacities; CASTRO VALLEY UNIFIED SCHOOL DISTRICT; JO A. LOSS, KUNIO OKUI, JOHN BARBIERI, JANICE FRIESEN, and GEORGE GRANGER, in their official capacities as members of the Castro Valley Unified School District Board of | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Settlement Conference: March 11, 2009<br>Time: 2:00 p.m.<br>Courtroom: Magistrate Judge James Larson |

-1-

[PROPOSED] ORDER EXCUSING CERTAIN PLAINTIFF FROM PERSONALLY APPEARING AT SETTLEMENT CONFERENCE

| | |
|---|---|
| 1 | Education; SUPERINTENDENT ) |
| 2 | JAMES FITZPATRICK, in his official ) capacity; SUSAN GOLDMAN, ) |
| 3 | MICHAEL MILLER, and JERRY ) |
| 4 | MACY, individually, ) |
| |        Defendants. ) |
| 5 | CASTRO VALLEY UNIFIED ) |
| 6 | SCHOOL DISTRICT, ) ) |
| 7 |        Cross-Complainant, ) v. ) |
| 8 | ROBERT A. BOTHMAN, INC., and ) |
| 9 | ROES 1 through 200, INCLUSIVE ) |
| 10 |        Cross-Defendants ) |
| | ROBERT A. BOTHMAN, INC., ) |
| 11 | ) |
| 12 |        Cross-Complainant, ) v. ) |
| 13 | LEGACY ROOFING & ) |
| 14 | WATERPROOFING, INC., and MOES ) 1 through 200, INCLUSIVE ) |
| 15 |        Cross-Defendants ) |
| 16 | ) |

ORDER

-2-

[PROPOSED] ORDER EXCUSING CERTAIN PLAINTIFF FROM PERSONALLY APPEARING AT SETTLEMENT CONFERENCE

Plaintiff United Union of Roofers, Waterproofers, and Allied Workers representative Douglas Ziegler is hereby excused from attending the Settlement Conference in this matter on March 11, 2009.

DATED: March 5, 2009

_____
HON. JAMES LARSON
United States District Magistrate Judge

[PROPOSED] ORDER EXCUSING CERTAIN PLAINTIFF FROM PERSONALLY APPEARING AT SETTLEMENT CONFERENCE