1 | RICHARD P. SYBERT (SBN: 080731)
ARISTOTLE E. EVIA (SBN: 211483)
2 | MAHA SARAH (SBN: 218981)
GORDON & REES LLP
3 | 101 W. Broadway, Suite 1600
San Diego, CA 92101
4 | Telephone: (619) 696-6700
Facsimile: (619) 696-7124
5
Attorneys for Cross-Defendant
6 | ROBERT A. BOTHMAN, INC.

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED UNION OF ROOFERS, WATERPROOFERS, AND ALLIED WORKERS -- LOCAL 81 AFL-CIO, LEROY CISNEROS, AND FRANCISCO GARCIA<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, et al.<br><br>Defendants. | CASE NO. C08 2281 TEH<br><br>[~~PROPOSED~~] ORDER EXCUSING ROBERT A. BOTHMAN, INC. AND ITS CARRIER FROM PERSONALLY APPEARING AT SETTLEMENT CONFERENCE<br><br>Settlement Conference: March 11, 2009<br>Time: 2:00pm<br>Courtroom: Mag. Judge James Larson |
| CASTRO VALLEY UNIFIED SCHOOL DISTRICT<br><br>Cross-Complainants,<br><br>vs.<br><br>ROBERT A. BOTHMAN, INC., AND ROES 1 THROUGH 200, INCLUSIVE<br><br>Cross-Defendants. | |
| AND RELATED CROSS ACTIONS. | |

-1-
[PROPOSED] ORDER EXCUSING ROBERT A. BOTHMAN, INC. AND ITS CARRIER FROM PERSONALLY
APPEARING AT SETTLEMENT CONFERENCE

IT IS HEREBY ORDERED THAT Cross-Defendant Robert Bothman, Inc. ("Bothman") and its insurance carrier are excused from appearing in person at the Settlement Conference in this matter scheduled for March 11, 2009.

DATED: March 10, 2009

*James Larson*
Hon. James Larson
U.S. District Magistrate Judge

---

Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, CA 92101

ZRCAI/1054523/6279757v.1

-2-

[PROPOSED] ORDER EXCUSING ROBERT A. BOTHMAN, INC. AND ITS CARRIER FROM PERSONALLY APPEARING AT SETTLEMENT CONFERENCE